UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA | **INDICTMENT** |
| v. | 25 Cr. |
| JOEL ANTONIO ALONZO, | |
| Defendant. | 25 CRIM 305 |

**COUNT ONE**
(Assaulting an Employee of the United States)

The Grand Jury charges:

1. On or about June 6, 2025, in the Southern District of New York and elsewhere, JOEL ANTONIO ALONZO, the defendant, knowingly and forcibly assaulted, resisted, opposed, impeded, intimidated, and interfered with a person designated in Title 18, United States Code, Section 1114, while engaged in and on account of the performance of official duties, and in doing so, made physical contact with the victim of the assault and used a deadly and dangerous weapon, to wit, at 26 Federal Plaza in New York, New York, ALONZO forcibly assaulted a federal protective security officer while the officer was engaged in the performance of his official duties, in that ALONZO attempted to gain control of the officer's firearm, and, in doing so, ALONZO made physical contact with the officer.

(Title 18, United States Code, Section 111(a)(1) and (b).)

_____
FOREPERSON
7/7/25

_____
JAY CLAYTON
United States Attorney