USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 7/7/2025

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

United States of America,

                Plaintiff(s),

-against-

Joel Antonio Alonzo

                Defendant(s).

25-CR-00305 (MMG)

**ORDER**

MARGARET M. GARNETT, United States District Judge:

    The Arraignment and Initial Pretrial Conference in this matter is scheduled for July 16, 2025, at 11:30 a.m. in Courtroom 906 of the Thurgood Marshall Courthouse, 40 Foley Square, New York, NY 10007.

Dated: July 7, 2025
       New York, New York

                              SO ORDERED.

                              _____
                              MARGARET M. GARNETT
                              United States District Judge