# Federal Defenders
## OF NEW YORK, INC.

Southern District
52 Duane Street, 10th Floor
New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

---

Tamara L. Giwa
*Executive Director*

Jennifer L. Brown
*Attorney-in-Charge*

September 2, 2025

**By ECF**
Hon. Margaret M. Garnett
United States District Court
Southern District of New York
40 Foley Square
New York, NY 10007

      Re: **United States v. Joel Antonio Alonzo**
          25-Cr-305 (MMG)

Dear Judge Garnett:

      I write to provide a status update regarding Mr. Alonzo's case, and to request an adjournment of the upcoming status conference for approximately six weeks. The government has no objection.

      On July 16, Mr. Alonzo was arraigned before the Court on an indictment charging one count of assaulting an employee of the United States, in violation of 18 U.S.C. § 111. At the arraignment, I informed the Court that this case would potentially involve the filing of Rule 12.2 notice given Mr. Alonzo's severe psychiatric issues at the time of the incident. The Court scheduled a status conference for September 30, and requested that the defense file a status letter on September 2 "regarding the status of any examination of the defendant, and at that point, requesting a date to set for motions and any 12.2 notice." 7/16/25 Arr. Tr. at 11. The Court set a discovery deadline for August 1. The government made a discovery production on July 29.

      Meanwhile, the defense has continued making efforts to obtain records related to this matter, some of which need to come from Honduras. We have retained an expert to evaluate Mr. Alonzo regarding a potential Rule 12.2 defense, and our understanding is that our expert should be able to complete her evaluation and prepare a report by early- to mid-October. Once the report is finalized, we should be able to expeditiously determine whether we intend to file Rule 12.2 notice.

      It is therefore requested that the Court adjourn the upcoming status conference to November 12-14. Defense counsel can provide a status update by October 24, which should be sufficient time for the expert evaluation to be completed. In that status update, defense counsel will be in a better position to request a motion schedule and advise the Court whether Rule 12.2 notice will be filed.

      The government does not object to this adjournment request. The defense consents to the exclusion of time until the next conference date pursuant to 18 U.S.C. § 3161(h)(7)(a).

GRANTED.  The status conference previously scheduled for September 30, 2025, is hereby adjourned to **Wednesday, November 12, 2025, at 10:30 a.m.**  Defense counsel shall provide a further status update by **October 24, 2025**.  Speedy Trial time is excluded until **November 12, 2025**, in order to allow time for the completion of a necessary psychiatric evaluation.

SO ORDERED.  Dated September 2, 2025.

HON. MARGARET M. GARNETT
UNITED STATES DISTRICT JUDGE

Sincerely,

Michael Arthus
Assistant Federal Defender
212-417-8760